

**MEMO ENDORSED**

Jonathan L. Sulds
T 212.801.6882
F 212.309.9582
suldsj@gtlaw.com

April 26, 2013

**VIA E-MAIL**
Hon. Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, NY 10007-1312
SullivanNYSDChambers@nysd.uscourts.gov

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-26-13
```

Re: *Nicholas Costley v. Christmas Tree Shops Inc. and Todd Johnson, individually, 13-cv-735-RJS*

Honorable Sir:

With the consent of counsel to plaintiff, as counsel for defendants, we respectfully request pursuant to Section 1.D. of the Court's Individual Practices, a further two week extension of time for defendants to answer, move, or otherwise respond to the Complaint through and including May 10, 2013. The Court previously allowed such an extension as agreed to by the parties on March 27, 2013 and April 11, 2013.

Respectfully,

Jonathan L. Sulds

cc: Counsel of Record (via email)

The request is GRANTED; no further extensions will be granted. The parties shall appear for an initial conference as set forth in a separate scheduling order issued today.

SO ORDERED
Dated: 4/26/13
RICHARD J. SULLIVAN
U.S.D.J.

GREENBERG TRAURIG, LLP ▪ ATTORNEYS AT LAW ▪ WWW.GTLAW.COM
One International Place ▪ Boston, MA 02110 ▪ Tel 617.310.6000 ▪ Fax 617.310.6001